450

Frank Kos, Minor, by Evelyn Kos, His Mother and Next Friend, Appellant, v. Frank Linden, Appellee.

Gen. No. 41,989.

Heard in second division, first district, this court at October term, 1941; opinion filed November 17, 1942. Irving N. Stenn and Krohn & MacDonald, for appellant; Stuart B. Krohn and Ian P. MacDonald, of counsel; John A. Bloomingston, for appellee. Opinion by JUSTICE SCANLAN. "Not to be published in full."

People of the State of Illinois, Defendant in Error, v. Rosa Wedge, Plaintiff in Error.

Gen. No. 42,141.

Heard in second division, first district, this court at February term, 1942; opinion filed November 17, 1942; rehearing denied December 8, 1942. Jesse Marcus, for plaintiff in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."